# Geraci Law L.L.C.

National Headquarters: 55 E. Monroe Street, #3400 Chicago, IL 60603 312.332.1800 help@geracilaw.com

## Contract for Post-Filing Work

The undersigned hereby agrees that attorney fees for the work done before filing are paid Any unpaid sum you agreed to pay for services or costs BEFORE filing is DISCHARGED and you do not have to pay it. If you don't want to pay us for Post-Filing work tell us right now. We will not withdraw from your case or refuse to complete it because you stiff us.

We trusted you to pay us for post-filing work, but you do not have to sign a Post-Filing (After Filing) contract because we trusted you to pay us for post-filing work. But because of confusing court decisions Geraci Law does not want to be accused by you or anyone else of collecting for pre-filing work after the case is filed and have to go to the U.S. Supreme Court over it. Contracts don't have to be in writing anyway, but better safe than sorry. You and Geraci Law have already agreed that

We estimated the post-filing work to cost you a flat fee of **$1380.00** plus reimbursement of any costs we have or will advance. You agree to pay us at the same rate and terms as we have discussed and if applicable to continue payments by ACH or Debit card or by mail or in person.

Geraci Law L.L.C. will perform the following post-petition services which include
-preparation for and attendance at 1st meeting of creditors
-notifying creditors and payroll department if applicable:
-reaffirmations and other meetings and correspondence with my creditors,
-correspondence and negotiations with my Chapter 7 Trustee (if required),
-filing of debtor education taken timely | answering your questions
-providing any required documents to the US Trustee or to you | revoking IRS power of attorney
-services after discharge such as copies of documents and correspondence with creditors.

I understand that my post-filing fee does NOT include missed 341 meetings, amendments to schedules, motions to dismiss filed by the U.S. Trustee and other evidentiary hearings, other contested matters, or adversary proceedings. I agree to pay for such additional work, which is not covered by the flat fee, at the Geraci Law standard billable hourly rate or at such rate as I agree for that work if it arises. If on autodebit GLL LLC may continue such debit for such fees.

Your Bankruptcy Docket # is: **14-39992** and your case was filed on 11/03/2014 04:19 PM. If you don't see this number do NOT sign this. If you do, please proceed to sign the document.
On June 1, 2014, the Court Cost increased $29.00 from $306.00 to $335.00. If we advanced the increased court cost to file your case, it will be reflected in the amount above to be paid.

Signed: */S/ johnathan king*          Date: 11/05/2014
Attorney: */S/ Cecil Scruggs*          Date:11/05/2014

Record#: 625834 IP Address: 66.87.76.155