B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–39992**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Johnathan A King | Monica C King |
| aka Jonathan King | aka Monica Doeden, aka Monica Larocca |
| 513 Circle Drive | 513 Circle Drive |
| University Park, IL 60484 | University Park, IL 60484 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7125                    xxx–xx–4605

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 2, 2015          Jeffrey P. Allsteadt, Clerk
                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 14-39992-BWB
Johnathan A King                                                   Chapter 7
Monica C King
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                  Page 1 of 2                  Date Rcvd: Feb 02, 2015
                              Form ID: b18                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2015.
db/jdb         +Johnathan A King,    Monica C King,    513 Circle Drive,    University Park, IL 60484-2902
22596565       +Bay Area Credit Service,    Bankruptcy Dept.,    1000 Abernathy Road, #195,
                 Atlanta,GA 30328-5612
22596559       +Blatt, Hasenmiller, Leibsker,    Bankruptcy Dept.,    125 S. Wacker Dr. Suite 400,
                 Chicago,IL 60606-4440
22596563       +Central Illinois Radiological Assoc,    PO Box 3184,    Indianapolis,IN 46206-3184
22596540       +Comed Residential R,    C/O CBE Group,   1309 Technology Pkwy,    Cedar Falls,IA 50613-6976
22596576       +Credit Acceptance,    Bankruptcy Dept.,    4590 East Broad Street,    Columbus,OH 43213-1301
22596562       +Creditors Collection Bureau,    Bankruptcy Dept.,    PO Box 1022,    Wixom,MI 48393-1022
22596566       +EMP of Chicago, LLC,    Bankruptcy Dept.,    PO Box 182554,    Columbus,OH 43218-2554
22596545       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22596544       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22596573       +HBLC Inc.,    Bankruptcy Department,    421 N. Northwest Hwy., #201,    Barrington,IL 60010-6022
22596567       +Ingalls Memorial Hospital,    Bankruptcy Department,    PO Box 75608,    Chicago,IL 60675-5608
22596569       +Mohammad Ilyas, M.D.,    2024 Hickory Road, #104,    Homewood,IL 60430-2158
22596537       +Regional Recovery SERV,    Attn: Bankruptcy Dept.,    5250 S Homan Ave,    Hammond,IN 46320-1722
22596560       +Riverside Medical Center,    Attn: Bankruptcy Department,    350 N. Wall St.,
                 Kankakee,IL 60901-2991
22596575       +Steven J. Fink & Associates,    Bankruptcy Dept.,    25 E. Washington  St. # 1233,
                 Chicago,IL 60602-1876
22596543       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
22596558       +Will County Circuit Court,    Bankruptcy Dept.,    14 W. Jefferson St,    Joliet,IL 60432-4300
22596572       +Wirbicki Law,    Bankruptcy Dept.,    33 W. Monroe, #1140,    Chicago,IL 60603-5332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22596539       +EDI: AFNIRECOVERY.COM Feb 03 2015 00:08:00      AT T,    C/O Afni, INC.,    Po Box 3097,
                 Bloomington,IL 61702-3097
22596547       +E-mail/Text: bknotice@erccollections.com Feb 03 2015 00:08:23       AT T,
                 C/O Enhanced Recovery CO L,    8014 Bayberry Rd,    Jacksonville,FL 32256-7412
22596535       +EDI: ACBK.COM Feb 03 2015 00:08:00      American Credit Acceptance,    Bankruptcy Department,
                 961 E. Main St., 2nd floor,    Spartanburg,SC 29302-2185
22596570        EDI: BANKAMER2.COM Feb 03 2015 00:08:00      Bank of America Mortgage,    Bankruptcy Department,
                 PO Box 9000,    Getzville,NY 14068-9000
22596534        EDI: CAPITALONE.COM Feb 03 2015 00:08:00      Capital One,    Attn: Bankruptcy Dept.,
                 Po Box 85520,    Richmond,VA 23285
22596557       +EDI: CAPITALONE.COM Feb 03 2015 00:08:00      Capital One,    Bankruptcy Department,
                 PO Box 5294,    Carol Stream,IL 60197-5294
22596536       +EDI: CMIGROUP.COM Feb 03 2015 00:08:00      Comcast-Chicago,    C/O Credit Management LP,
                 4200 International Pkwy,    Carrollton,TX 75007-1912
22596549       +E-mail/Text: electronicbkydocs@nelnet.net Feb 03 2015 00:08:23        DEPT OF EDUCATION/NELN,
                 Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596538       +EDI: MID8.COM Feb 03 2015 00:08:00      GE Money BANK,    C/O Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
22596541       +EDI: HFC.COM Feb 03 2015 00:08:00      HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 9,
                 Buffalo,NY 14240-0009
22596533       +EDI: CBSKOHLS.COM Feb 03 2015 00:08:00      Kohls/Capone,    Attn: Bankruptcy Dept.,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
22596546       +Fax: 847-227-2151 Feb 03 2015 00:27:56      MRSI,    Attn: Bankruptcy Dept.,
                 2250 E Devon Ave Ste 352,    Des Plaines,IL 60018-4521
22596568       +Fax: 847-227-2151 Feb 03 2015 00:27:56      Medical Recovery Specialists,    Bankruptcy Dept.,
                 2250 E. Devon Ave., Ste. 352,    Des Plaines,IL 60018-4521
22596564       +E-mail/Text: dee@pendrickcp.com Feb 03 2015 00:08:37       Pendrick Capital,
                 6029 Ridge Ford Dr.,    Burke,VA 22015-3650
22596548       +E-mail/Text: info@accountadjustment.us Feb 03 2015 00:08:37        SUN Homes INC.,
                 C/O Account Adjustment BUR,    217 Ann Arbor Rd W Ste 2,    Plymouth,MI 48170-2245
22596542       +EDI: RMSC.COM Feb 03 2015 00:08:00      Syncb/HOME DSGN CE/APP,    Attn: Bankruptcy Dept.,
                 C/O Po Box 965036,    Orlando,FL 32896-0001
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22596550*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596551*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596552*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596553*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596554*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596555*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596556*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22596561*      +Riverside Medical Center,    Attn: Bankruptcy Department,    350 N. Wall St.,
                 Kankakee,IL 60901-2991
22596571*      +Will County Circuit Court,    Bankruptcy Dept.,    14 W. Jefferson St,    Joliet,IL 60432-4300
22596574*      +Will County Circuit Court,    Bankruptcy Dept.,    14 W. Jefferson St,    Joliet,IL 60432-4300
                                                                                   TOTALS: 0, * 10, ## 0
```

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Feb 02, 2015
                              Form ID: b18             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2015                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
```
              Cecil D Scruggs    on behalf of Joint Debtor Monica C King ndil@geracilaw.com
              Cecil D Scruggs    on behalf of Debtor Johnathan A King ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L. Zielinski    zzielinski@wfactorlaw.com,
               csmith@fgllp.com;zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com
                                                                                            TOTAL: 4
```